*Joseph M. Busher, Jr.*, in opposition.

Decided July 13, 2011

## JERRY SMART, SR., ADMINISTRATOR (ESTATE OF ALFRED SMART) *v.* JACK CORBITT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 126 Conn. App. 788 (AC 30771), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Christi M. Carrano*, in support of the petition.

* The Supreme Court amended the order for certification granted on May 11, 2011.

*Audrey C. Kramer*, assistant corporation counsel, and *Michael P. Del Sole*, in opposition.

Decided May 11, 2011